John R. HALEY, Administrator of the Estate of George Salter, Deceased, v. UNITED STATES of America.

No. 10727.

Circuit Court of Appeals, Ninth Circuit.

Oct. 26, 1944.

John W. Mahan and C. E. Pew, both of Helena, Mont., for appellant.

Lester P. Schoene, Director, Bureau of War Risk Litigation, of Washington, D. C., Francis M. Shea, Asst. U. S. Atty. Gen., Wilbur C. Pickett and Fendall Marbury, Attys., Dept. of Justice, both of Washington, D. C., John B. Tansil, U. S. Atty., of Billings, Mont., and Francis J. McGan, Sp. Atty., Department of Justice, of Butte, Mont., for appellee.

Before GARRECHT and MATHEWS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties from which it appears that a compromise has been

agreed upon and accepted on behalf of the appellee by direction of the Attorney General, and good cause therefor appearing, it is ordered that the judgment of the District Court in this cause, 46 F.Supp. 4, be and hereby is vacated, and that this cause be and hereby is remanded to the District Court for entry of a new judgment upon the compromise agreement pursuant to the provisions of c. 101, 48 Stat. 302, as amended by c. 34, 52 Stat. 81, 38 U.S.C. § 445b.